**Opinion issued June 8, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-23-00286-CR**

**NO. 01-23-00287-CR**

**NO. 01-23-00288-CR**

———————————

**IN RE JOSEPH J. WILLIS, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator Joseph J. Willis has filed a pro se petition for writ of mandamus, complaining of the trial court's failure to rule on motions, and violations of the Speedy Trial Act and Article 15.17 of the Texas Code of Criminal Procedure.[1]

---

[1] The underlying cases are *The State of Texas v. Joseph Willis*, cause number 17922630, 17922640, 17922650, pending in the 262nd District Court of Harris County, Texas, the Honorable Lori Chambers Gray presiding.

We deny the petition. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Justices Kelly, Hightower, and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).